AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yock, Robert J. | U.S. Court of Federal Claims | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Fairfax County, VA School District, Retirement Annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. NY Intellectual Property Assocation | 3/23-3/24 | New York | Judges' Dinner | Transportation, food, lodging for seminar |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources | D | Dividend | M | T | | | | | |
| 2. Target | B | Dividend | M | T | | | | | |
| 3. Ford Motor | A | Dividend | J | T | | | | | |
| 4. Altria Group | A | Dividend | J | T | | | | | |
| 5. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 6. Seligman Comm & Info Fund (MP) | A | Dividend | J | T | | | | | |
| 7. Corning, Inc. | A | Dividend | J | T | | | | | |
| 8. Teco, Inergy, Inc. | A | Dividend | J | T | | | | | |
| 9. Sinclair Broadcast Group | A | Dividend | J | T | | | | | |
| 10. Fairfax Co. Bonds (VA) | A | Interest | J | T | | | | | |
| 11. General Mills | A | Dividend | J | T | | | | | |
| 12. Bank of America, Annandale, VA | A | Interest | J | T | | | | | |
| 13. VALIC TSA | B | Dividend | M | T | | | | | |
| 14. Navy Fed. Credit Union, Arlington, VA | B | Interest | K | T | | | | | |
| 15. VA Commerce Bank, Annandale, VA | B | Interest | K | T | | | | | |
| 16. AM Funds, Growth Fund of America (ML) | A | Dividend | L | T | | | | | |
| 17. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Online Vacation CTR Corp. | A | Dividend | J | T | | | | | |
| 19. Phillip Morris Int'l Inc. | A | Dividend | J | T | Sold | 11/26/12 | J | D | |
| 20. Exxon Mobil Corp. | A | Dividend | K | T | Sold | 3/21/12 | K | A | |
| 21. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 22. Cole Credit Property Trust II | A | Dividend | L | T | | | | | |
| 23. Prudential Annuity ASXTG | D | Interest | M | T | | | | | |
| 24. Cole Credit Property Trust III | A | Dividend | K | T | | | | | |
| 25. Monsanto Co C/S | A | Dividend | J | T | Sold | 12/3/12 | J | A | |
| 26. Vanguard Mid-Cap Growth Index MF | A | Dividend | K | T | | | | | |
| 27. Vanguard SM Cap Growth | A | Dividend | J | T | | | | | |
| 28. Apple Inc. C/S | A | Dividend | J | T | Sold (part) | 3/28/12 | J | B | |
| 29. Deckers Outdoor Corp C/S | A | Dividend | J | T | | | | | |
| 30. Oppenheimer Int'l Bond (MF) | A | Dividend | J | T | | | | | |
| 31. Oppenheimer Dev. MKTs FD (MF) | A | Dividend | K | T | | | | | |
| 32. UTS ADT High 80 (MF) | C | Dividend | K | T | | | | | |
| 33. DWS Man Muni Bond (MF) | B | Dividend | K | T | | | | | |
| 34. Transamerica Asset (MF) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Abbott Labs C/S | A | Dividend | J | T | Buy | 8/2/12 | J | | |
| 36. | Allergan C/S | A | Dividend | J | T | | | | | |
| 37. | C.H. Robinson Worldwide C/S | A | Dividend | J | T | Sold | 9/21/12 | J | | |
| 38. | Coach C/S | A | Dividend | J | T | Sold | 8/3/12 | J | | |
| 39. | Cognizant Tech Solutions C/S | A | Dividend | J | T | Buy | 5/15/12 | J | | |
| 40. | Fackset Research Systems C/S | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 41. | Google C/S | A | Dividend | J | T | | | | | |
| 42. | Intiutive Surgical | A | Dividend | J | T | Buy | 7/25/12 | J | | |
| 43. | Intuit C/S | A | Dividend | J | T | Buy | 7/28/12 | J | | |
| 44. | Mastercard C/S | A | Dividend | J | T | Sold | 2/10/12 | J | | |
| 45. | Microsoft C/S | A | Dividend | J | T | Buy | 8/23/12 | J | | |
| 46. | Oracle C/S | A | Dividend | J | T | Sold | 11/24/12 | J | | |
| 47. | T. Rowe Price Group C/S | A | Dividend | J | T | | | | | |
| 48. | Qualcomm C/S | A | Dividend | J | T | | | | | |
| 49. | Starbucks C/S | A | Dividend | J | T | Sold | 2/21/12 | J | | |
| 50. | Varian Med. Systems | A | Dividend | J | T | Sold | 5/10/12 | J | | |
| 51. | Nike C/S | A | Dividend | K | T | Buy | 11/29/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Global Telecom & Tech Inc C/S | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 53. Chevron C/S | A | Dividend | K | T | Buy | 4/30/12 | K | | |
| 54. Unit AAM 1416H 80 | A | Dividend | K | T | Buy | 2/16/12 | K | | |
| 55. Touchstone Sands | A | Dividend | K | T | Buy | 5/3/12 | K | | |
| 56. Clearbridge Energy LP | B | Dividend | K | T | Buy | 6/29/12 | K | | |
| 57. WW Grainger C/S | A | Dividend | K | T | Buy | 10/19/12 | J | | |
| 58. Mondelez Int'l Inc | A | Dividend | J | T | | | | | |
| 59. SPDR Gold | A | Dividend | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 2 - Partial sale of Target C/S on 12/02/11, leaving Target C/S in portfolio with a L code value.

Part VII - Line 17 - Woodland Glen Real Estate Limited Partnership - purchased 5/10/86 - cost $24,331.35 - Declared bankruptcy 2011. Worth nothing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Yock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
JUDGE ROBERT J. YOCK

July 10, 2013

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  2012 Financial Disclosure Report Filing

Dear Judge McKinley:

Thank you for your letter of June 20, 2013, in which you have asked me for more information regarding my Financial Disclosure Report (FDR), dated May 7, 2013, for calendar year 2012.

In your letter you listed three discrepancies that have occurred in my annual FDR for 2012, that required further discussion:

Item #1 – Part III B, line 1 which was listed as 2011.  The Committee correctly pointed out that I should report only ⬛⬛⬛⬛ non-investment income that was received during the reporting period which was 2012.  The correction should be 2012 in place of 2011.  I simply failed to update the year from the prior reported annual FDR.  The mistake was carried over into my 2012 FDR.

Item #2 – Part VII, page 5, line 27, and page 7, lines 58 and 59.  The Committee pointed out that I had listed "Vanguard SM Cap Growth," "Mondelez Int'l Inc.," and "SPDR Gold," which were not listed in the prior (2011) FDR.

(A)  Vanguard SM Cap Growth was initially purchased in 2008 and reported as follows:
     2008 FDR at Part VII, Line 42
     2009 FDR at Part VII, line 41
     2010 FDR at Part VII, line 39.  There was also a sold transaction reported on the same line.

In 2011, I again purchased Vanguard SM Cap Growth, but somehow failed to report this purchase. This purchase should have been included in Part VII and should have read as follows: **A/DIV/K/T/Buy/12/5/11/K**

In 2012, I reported Vanguard SM Cap Growth on line 27, but only in Columns A, B (1) (2) and C (1) (2). The 2012 report should have cured the 2011 purchase by putting Column D (1-4), as recommended by the Committee and encouraged for inadvertent omission in the Filing Instruction on page 39. Line 27 should have read as follows: **A/DIV/K/T/Buy/12/5/11/K**

(B) Mondelez Int'l Inc. was launched as a new company on October 1, 2012. The former Kraft Foods, Inc. decided to split itself (re-organize) into two new entities, *i.e.* Mondelez Int'l, Inc. and Kraft Food Groups, Inc.
Line 17 - Kraft Foods, Inc. should have been listed as **Kraft Food Groups, Inc., (formerly Kraft Foods Inc.)** and Line 58 - Mondelez Int'l Inc, should have been listed as **Mondelez Int'l Inc. (formerly Kraft Foods, Inc.).**

(C) SPDR Gold was initially purchased on 10/8/2009. Somehow, however, it was never listed on my 2009 FDR report. The inadvertent mistake was continued until listed in my 2012 FDR. Following the advice of the Committee which was based on page 39 of the Filing Instructions for Judicial Officers and Employees, it should have been listed in my 2012 FDR as: **A/Div/K/T/Buy/10/8/09/K on line 59 of Part VII.**

Item #3 –Comments included in Part VIII. In Section VIII (Additional Information of Explanations), the Committee pointed out that the information contained therein appeared to be related to my 2011 FDR instead of the 2012 FDR. Indeed that is correct. There should have been no information contained in Part VIII of the 2012 FDR. The comments should have been eliminated.

As to how these mistakes occurred, I simply have no idea. It could have been any number of errors on my part, *i.e.* failure to draft the changes properly, or reviewing the final draft incorrectly. In any event, these matters were mistakes for which I apologize. Hopefully, this letter of explanation helps to clarify the matter. I do appreciate the time and effort that the Committee expends on behalf of myself and the other Judges, and I thank you for pointing out these errors to me.

Please advise me if there is any further information that is needed or other action to be taken.

Sincerely,

Robert J. Yock
Judge